United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IO GROUP INC,

        Plaintiff,

  v.

DOES 1-435,

        Defendants.
_____/

No. C-10-04382 DMR

**ORDER STAYING COMPLIANCE WITH SUBPOENA**

On October 15, 2010, this Court granted Plaintiff Io Group, Inc.'s administrative request for leave to take early discovery, and granted Plaintiff leave to serve a subpoena upon Comcast Internet seeking the names and addresses of subscribers assigned specific IP addresses identified in the subpoena. *See* Docket No. 9. The Court is now in receipt of Defendant J.W.'s Motion to Quash and/or Vacate Subpoena and Motion to Dismiss for Lack of Personal Jurisdiction. *See* Docket Nos. 12 and 13.

Defendant J.W. is hereby ordered to file with the Court and serve on Plaintiff his or her IP address, and file with the Court a signed consent or declination to the jurisdiction of a Magistrate Judge **by no later than December 6, 2010.**

Comcast Internet, the recipient of Plaintiff's subpoena, shall stay its compliance with Plaintiff's subpoena until **December 7, 2010.** If Defendant J.W. has provided Plaintiff with his or her IP address by December 6, 2010, Comcast Internet may comply with Plaintiff's subpoena with

1  respect to all IP addresses listed on the subpoena other than the IP address belonging to Defendant
2  J.W. and IP addresses belonging to any other Defendants that have timely filed objections or moved
3  to quash the subpoena with the Court.

4  If Defendant J.W. has not provided Plaintiff with Defendant's IP address by December 6,
5  2010, Comcast Internet may comply with Plaintiff's subpoena with respect to all IP addresses listed
6  on the subpoena except for IP addresses belonging to any other Defendants that have timely filed
7  objections or moved to quash the subpoena with the Court.

8  **Immediately upon receipt of this Order, Plaintiff Io Group, Inc. shall serve this Order**
9  **upon Comcast Internet and shall e-file a proof of service on the same day that service is**
10 **effected.**

11 IT IS SO ORDERED.

13 Dated:  November 29, 2010



_____
DONNA M. RYU
United States Magistrate Judge

2