**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
10

11  IO GROUP, INC,                              No. C-10-04382 DMR

12          Plaintiff,                          **ORDER SEVERING PLAINTIFF'S CLAIMS AGAINST DEFENDANT J.W. AND SETTING HEARING DATE ON DEFENDANT J.W.'S MOTION FOR PROTECTIVE ORDER, MOTION TO QUASH AND/OR VACATE SUBPOENA, AND MOTION TO DISMISS**
13     v.
14  DOES 1-435,
15          Defendants.
16  _____/

17       On September 28, 2010, Plaintiff Io Group, Inc. filed a complaint against 435 individual Doe
18  Defendants alleging copyright infringement. *See* Docket No. 1. On October 15, 2010, this Court
19  granted Plaintiff Io Group, Inc.'s administrative request for leave to take early discovery, and
20  granted Plaintiff leave to serve a subpoena upon Comcast Internet seeking the names and addresses
21  of subscribers assigned specific IP addresses identified in the subpoena. *See* Docket No. 9.
22       The Court subsequently received Defendant J.W.'s Motion for Protective Order, Motion to
23  Quash and/or Vacate Subpoena, and Motion to Dismiss for Lack of Personal Jurisdiction. *See*
24  Docket Nos. 11, 12 and 13. As this case involves a large number of defendants, and both Plaintiff
25  and Defendant J.W. have filed signed consents to the jurisdiction of the Magistrate Judge (*see*
26  Docket Nos. 10 & 19), the Court concludes that severance of Plaintiff's claims against Defendant
27  J.W. would facilitate the orderly and efficient management of this matter. Therefore, the Court
28

hereby orders that the claims against Defendant J.W. be severed under Federal Rule of Civil Procedure 21.

The Court further orders that the hearing on Defendant J.W.'s Motion for Protective Order, Motion to Quash and/or Vacate Subpoena, and Motion to Dismiss for Lack of Personal Jurisdiction is set for **January 27, 2011 at 11:00 a.m.**, in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.

The briefing schedule for the Motion for Protective Order, Motion to Quash and/or Vacate Subpoena, and Motion to Dismiss for Lack of Personal Jurisdiction shall be as follows: Any oppositions to the motions shall be filed by no later than **December 30, 2010.** Any replies shall be filed by no later than **January 6, 2011.** Defendant J.W. may continue to appear as "Defendant J.W." pending resolution of the motions.

IT IS SO ORDERED.

Dated:  December 15, 2010

_____
DONNA M. RYU
United States Magistrate Judge

2