1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10

11    IO GROUP, INC.,                          No. C-10-04382 DMR

12              Plaintiff,              **ORDER DENYING WITHOUT PREJUDICE
                                        PLAINTIFF'S MISCELLANEOUS
13                                      ADMINISTRATIVE REQUEST TO
        v.                              EXTEND TIME TO SERVE DEFENDANTS
14                                      AND TO RESET CASE MANAGEMENT
      DOES 1-435,                       CONFERENCE, AND REASSIGNING CASE
15                                      TO ARTICLE III JUDGE**
                Defendants.
16    _____/

17

18          On September 28, 2010, Plaintiff Io Group, Inc. filed a complaint against 435 individual Doe

19    Defendants alleging copyright infringement.  *See* Docket No. 1.  On October 15, 2010, this Court

20    granted Plaintiff Io Group, Inc.'s administrative request for leave to take early discovery, and

21    granted Plaintiff leave to serve a subpoena upon Comcast Internet seeking the names and addresses

      of subscribers assigned specific IP addresses identified in the subpoena.  *See* Docket No. 9.
22
            The Court subsequently received Defendant J.W.'s Motion for Protective Order, Motion to
23
      Quash and/or Vacate Subpoena, and Motion to Dismiss for Lack of Personal Jurisdiction.  *See*
24
      Docket Nos. 11, 12 and 13.  As both Plaintiff and Defendant J.W. filed signed consents to the
25
      jurisdiction of the Magistrate Judge (*see* Docket Nos. 10 & 19), the Court concluded that severance
26
      of Plaintiff's claims against Defendant J.W. pursuant to Federal Rule of Civil Procedure 21 would
27
      facilitate the orderly and efficient management of this matter.  Therefore, on December 21, 2010, the
28
      Court ordered that the claims against Defendant J.W. be severed and that Plaintiff's claims against

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1   Defendant J.W. proceed as Case No. 10-5821 DMR.  *See* Docket No. 23.

2          On December 28, 2010, Plaintiff filed a Miscellaneous Administrative Request to Extend

3   Time to Serve Defendants and to Reset Case Management Conference.  *See* Docket Nos. 25 & 26.

4   According to Plaintiff, due to delays in Comcast's ability to respond to Plaintiff's Subpoena,

5   Plaintiff will not be able to ascertain the identity and addresses of all Doe Defendants until

6   approximately May 31, 2011.  *Id.*  Plaintiff attested that, due to Comcast's prior destruction of

7   records, the number of Doe Defendants now has been reduced from 435 to 292.  Plaintiff requested

8   that the deadline for serving all defendants be extended until September 28, 2011.

9          Given that there are nearly 300 defendants in this case, and given the high likelihood that at

10  least one of them will decline to consent to the full jurisdiction of a magistrate judge pursuant to 28

11  U.S.C. § 636(c), the Court concludes that the efficient administration of justice will be served

12  through immediate reassignment of this matter to an Article III judge.

13         The January 5, 2011 Initial Case Management Conference is hereby **VACATED.**

14         The Court retains jurisdiction of the severed case entitled *I.O. Group v. J.W.*, 10-5821 DMR.

15         Plaintiff's Miscellaneous Administrative Request to Extend Time to Serve Defendants and to

16  Reset Case Management Conference is hereby **DENIED** without prejudice.  Plaintiff may renew its

17  motion once this matter has been reassigned to an Article III judge.

18         IT IS SO ORDERED.

19

20  Dated:  January 3, 2011

21         _____

22         DONNA M. RYU
           United States Magistrate Judge

23

24

25

26

27

28

2