D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California 94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616

gill@sperleinlaw.com

Attorney for Plaintiff
IO GROUP, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1-435, individuals,<br><br>Defendants. | **CASE NO.: 10-4382 (SI)**<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO PLAINTIFF TO FILE ITS FIRST AMENDED COMPLAINT; AND MODIFYING DISCOVERY ORDER**<br><br>**Date:** March 4, 2011<br>**Time:** 9:00 a.m.<br>**Ct. Rm.:** 10, 19th Fl. |

**[PROPOSED] ORDER**

Having considered Plaintiff's Motion for Leave to File First Amended Complaint and finding good cause therefore,

**IT IS HEREBY ORDERED,** that Plaintiff may file its First Amended Complaint;

**IT IS FURTHER ORDERED,** that the Discovery Order is modified to allow Plaintiff to serve upon Comast Cable Communications a subpoena to identify the name, address, telephone

number and e-mail addresses for the subscribers holding the accounts identified by time date stamped ip address in the First Amended Complaint;

Dated:__________________________ ________________________________________

THE HONORABLE SUSAN ILLSTON,
UNITED STATES DISTRICT JUDGE