D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California 94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616

gill@sperleinlaw.com

Attorney for plaintiff
IO GROUP, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1-435, individuals,<br><br>Defendants. | **CASE NO.: C-10-4382 (SI)**<br><br>**PLAINTIFF'S MOTION TO SHORTEN TIME and [PROPOSED] ORDER**<br><br>Date (Current): March 4, 2011<br>Date (Requested): January 28, 2011<br>Time: 9:00 a.m.<br>Ct. Rm: 10, 19th Floor |

Today Plaintiff filed its Motion for Leave to File First Amended Complaint. The First Amended Complaint names fifty John Doe Defendants, none of whom have been identified. To the extent the Court desires to proceed with oral argument on the Motion, Plaintiff seeks under Local Rule 6-3, an order shortening time to hear Plaintiff's Motion and changing the date for oral argument to Friday, January 28, 2011 at 9:00 a.m.

In fulfillment of the requirements of Local Rule 6-3, Plaintiff's Counsel declares as follows:

**Declaration of D. Gill Sperlein**

1. As counsel for Io Group, Inc., I seek an order shortening time because delaying oral argument on the motion would only unnecessarily delay this action and possibly lead to the loss of evidence.

2. Plaintiff was unable to seek stipulation for this request because none of the Defendants have been identified.

3. The meet and confer requirements of Civil Local Rule 37-1(a) are inapplicable here because this is not a discovery dispute.

4. The underlying Motion is for Leave to File a First Amended Complaint. Plaintiff's position is that the changes to the Complaint cure any misjoinder issues. No Defendants have been identified thus no contrary position is presented by the opposition. However, under Federal Rules for Civil Procedure 20 and 21, the Court may *sue sponte* address issues of joinder relevant to the filing of the First Amended Complaint.

5. Plaintiff previously sought an extension of time to serve Defendants because they have not yet been identified. Magistrate Judge Ryu denied the motion without prejudice and ordered the case reassigned to an Article III Judge. Plaintiff will renew the motion to extend time for service, after the ruling on the Motion for Leave to File First Amended Complaint.

6. Shortening time to hear Plaintiff's Motion will move the matter forward more quickly and reduce the chance that data stored by the Internet service providers or others might be lost prior to discovery.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: *January 24, 2011* */s/ D. Gill Sperlein*

Dated: *January 24, 2011* Motion Respectfully submitted,

*/s/ D. Gill Sperlein*
________________________________
D. GILL SPERLEIN
Attorney for Plaintiff IO GROUP, INC.

**[PROPOSED] ORDER**

Having considered Plaintiff's Motion is it **HEREBY ORDERED** that oral argument on the Motion shall be held on January 28, 2011 at 9:00 a.m. Courtroom 10, 19th Floor, San Francisco.

**[ALTERNATIVE PROPOSED] ORDER**

The Court finds that Plaintiff's Motion for Leave to File First Amended Complaint is appropriate for resolution without oral argument and hereby VACATES the hearing scheduled for March 4, 2011.

Dated:__________________________ __________________________________________
THE HONORABLE SUSAN ILLSTON,
UNITED STATES DISTRICT JUDGE