Name: Dong Wu Li

Address: 6 Kenmar Dr #18

Billerica, MA 01821

Phone Number: 781-640-0568

E-mail Address: Dongwuli.cn@gmail.com

Pro Se

FILED
2011 JAN 24 P 3: 43
RICHARD W. WIEKING
DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff(s), IO GROUP INC<br><br>vs.<br><br>Defendant(s). DOES 1-435 | Case Number: .C-10-04382 ~~BMR~~ SI<br><br>**MOTION TO QUASH TO/FOR**<br><br>Comcast to provide Defendant's name and address and other information as directed in the order from United States District Court for the Northern District of California,<br><br>DATE: 15 Oct 2010<br>TIME: _____<br>COURTROOM: _____<br>JUDGE: JUDGE ILLSTON |

I, Dong Wu Li Respectfully submit this Motion to Quash.

To [IO Group INC], plaintiff, :

NOTICE IS GIVEN that defendant DOES 1-435, shall file a motion to quash no later than [27 Jan 2011],or Comcast will provide Defendant's name and address and other information as directed in the order from United States District Court for the Northern District of California,

I: This Motion will be made on the ground(s) that there is a violation of Federal Rule of Civil Procedure. My Legal name is not as so named in the summons or Complaint. Federal Rule of Civil Procedure 4(a) sets for the necessary contents of summons which includes among others, the requirement that the summons must name the parties and be directed to the defendant. Here the Summon and complaint filed on 15 Oct 2010 were defective in that they did not name the correct party and was not properly directed to Defendant.

II: This Motion will also be made on the grounds that being named in a lawsuit (regardless of whether the defendant is named as an IP address or as a Doe Defendant) causes undue harm to the defendant even prior to being named as a defendant. The reason this is that each Doe Defendant is sent a threatening letter from their ISPs accusing them of illegal activity. Each Doe is put on notice that he or she has been named in a lawsuit and thus anticipates being sued. Each Doe Defendant is advised to retain an attorney and is told that he or she can be criminally and/or civilly liable for violation of the federal copyright laws. Each Doe Defendant is then actively solicited and threatened by the attorney plaintiffs to pay or face a real lawsuit where a judgment can cost a family their home, all their savings, their freedom, and possibly force them into bankruptcy. Plaintiff at this point has no right to file such a motion.

The motion will be based on this notice of motion, on the declaration(s) of DOES 1-435 and the supporting memorandum served and filed with this notice of motion, on the records and file in this action, and on such evidence as may be presented at the hearing of the motion.

Respectfully submitted,

Date: 18 Jan 2011      Signature: _____
                       Printed name: Dong Wu Li
                                    Pro Se

**comcast.**

650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax

January 6, 2011

***Personal and Confidential***

***Via UPS Delivery***

DONG YU LI
6 KENMAR DR UNIT 18
BILLERICA, MA 01821-4747

    Re:  *IO Group, Inc. v. Does 1-435*
        United States District Court for the Northern District of California
        Docket No: C-10-4382 (DMR)
        Order Entered: October 15, 2010
        Comcast File #: 207375

Dear DONG YU LI,

  IO Group, Inc. filed a lawsuit in the United States District Court for the Northern District of Illinois. You have been identified via your assigned Internet Protocol address in this lawsuit for allegedly infringing IO Group, Inc.'s copyrights on the Internet by uploading and/or downloading a movie using a computer assigned the Internet Protocol address 66.30.108.150 on 5/31/2010 02:11:17 GMT. The Court has ordered Comcast to supply your name and address and other information to IO Group, Inc. in the lawsuit referenced above and in the accompanying Subpoena, which is attached. Your case has been assigned Docket Number C-10-4382 (DMR) by the Court. If you have any questions about the lawsuit, you should consult an attorney immediately. Comcast cannot and will not provide any legal advice.

  Comcast will provide your name and address and other information as directed in the Order unless you or your attorney file a motion to quash or vacate the Subpoena <u>no later than January 27, 2011</u>. If you make this filing, you must notify Comcast in writing with a copy of the filing by sending it via fax to **866-947-5587** <u>no later than January 27, 2011</u>. If you do not file a motion to quash or vacate the Subpoena by this date, or if you fail to notify Comcast of your filing by this date, Comcast will provide your name and address and other information as directed in the Order to the Plaintiff.

  If you have any questions, you may contact us at **(866) 947-8572**.

                Sincerely yours,

                Comcast Legal Response Center

Attachments:  Copy of Court Order and accompanying Subpoena regarding civil action

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP INC, | No. C-10-04382 DMR |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO TAKE EARLY DISCOVERY** |
| v. | |
| DOES 1-435, | |
| Defendants. | |

Plaintiff has filed an administrative request seeking leave to take discovery prior to the Rule 26 conference. *See* Docket No. 4. Having considered Plaintiff's papers and accompanying submissions, the Court hereby **GRANTS** the administrative request on the grounds that Plaintiff has demonstrated good cause to take early discovery. *See Semitool, Inc. v. Tokyo Electron Am., Inc.*, 208 F.R.D. 273, 276 (N.D. Cal. 2002). Specifically, Plaintiff has shown that limited discovery of basic identifying information is necessary to permit Plaintiff to effect service on the Doe defendants. *See Columbia Ins. Co. v. seescandy.com*, 185 F.R.D. 573, 577-580 (N.D. Cal. 1999) (identifying safeguards to ensure that a plaintiff is not seeking early discovery to harass or intimidate defendants).

For the reasons stated by Judge Illston in her order in *Io Group, Inc. v. Does*, No. C 10-03851 SI, slip. op. at 4-5 (N.D. Cal. Sept. 23, 2010), the Court deems it unnecessary to make any

COMCAST

650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax

COPY

January 6, 2011

**Personal and Confidential**

**Via UPS Delivery**

DONG YU LI
6 KENMAR DR UNIT 18
BILLERICA, MA 01821-4747

    Re:    *IO Group, Inc. v. Does 1-435*
             United States District Court for the Northern District of California
             Docket No: C-10-4382 (DMR)
             Order Entered: October 15, 2010
             Comcast File #: 207375

Dear DONG YU LI,

    IO Group, Inc. filed a lawsuit in the United States District Court for the Northern District of Illinois. You have been identified via your assigned Internet Protocol address in this lawsuit for allegedly infringing IO Group, Inc.'s copyrights on the Internet by uploading and/or downloading a movie using a computer assigned the Internet Protocol address 66.30.108.150 on 5/31/2010 02:11:17 GMT. The Court has ordered Comcast to supply your name and address and other information to IO Group, Inc. in the lawsuit referenced above and in the accompanying Subpoena, which is attached. Your case has been assigned Docket Number C-10-4382 (DMR) by the Court. If you have any questions about the lawsuit, you should consult an attorney immediately. Comcast cannot and will not provide any legal advice.

    Comcast will provide your name and address and other information as directed in the Order unless you or your attorney file a motion to quash or vacate the Subpoena no later than January 27, 2011. If you make this filing, you must notify Comcast in writing with a copy of the filing by sending it via fax to **866-947-5587** no later than January 27, 2011. If you do not file a motion to quash or vacate the Subpoena by this date, or if you fail to notify Comcast of your filing by this date, Comcast will provide your name and address and other information as directed in the Order to the Plaintiff.

    If you have any questions, you may contact us at **(866) 947-8572**.

                                            Sincerely yours,

                                            Comcast Legal Response Center

Attachments:    Copy of Court Order and accompanying Subpoena regarding civil action

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP INC, | No. C-10-04382 DMR |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO TAKE EARLY DISCOVERY** |
| v. | |
| DOES 1-435, | |
| Defendants. | |

Plaintiff has filed an administrative request seeking leave to take discovery prior to the Rule 26 conference. *See* Docket No. 4. Having considered Plaintiff's papers and accompanying submissions, the Court hereby **GRANTS** the administrative request on the grounds that Plaintiff has demonstrated good cause to take early discovery. *See Semitool, Inc. v. Tokyo Electron Am., Inc.*, 208 F.R.D. 273, 276 (N.D. Cal. 2002). Specifically, Plaintiff has shown that limited discovery of basic identifying information is necessary to permit Plaintiff to effect service on the Doe defendants. *See Columbia Ins. Co. v. seescandy.com*, 185 F.R.D. 573, 577-580 (N.D. Cal. 1999) (identifying safeguards to ensure that a plaintiff is not seeking early discovery to harass or intimidate defendants).

For the reasons stated by Judge Illston in her order in *Io Group, Inc. v. Does*, No. C 10-03851 SI, slip. op. at 4-5 (N.D. Cal. Sept. 23, 2010), the Court deems it unnecessary to make any

**comcast.**

NE&TO
650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax

January 6, 2011

*Personal and Confidential*

*Via UPS Delivery*

DONG YU LI
6 KENMAR DR UNIT 18
BILLERICA, MA 01821-4747

    Re:   *IO Group, Inc. v. Does 1-435*
           United States District Court for the Northern District of California
           Docket No: C-10-4382 (DMR)
           Order Entered: October 15, 2010
           Comcast File #: 207375

Dear DONG YU LI,

       IO Group, Inc. filed a lawsuit in the United States District Court for the Northern District of Illinois. You have been identified via your assigned Internet Protocol address in this lawsuit for allegedly infringing IO Group, Inc.'s copyrights on the Internet by uploading and/or downloading a movie using a computer assigned the Internet Protocol address 66.30.108.150 on 5/31/2010 02:11:17 GMT. The Court has ordered Comcast to supply your name and address and other information to IO Group, Inc. in the lawsuit referenced above and in the accompanying Subpoena, which is attached. Your case has been assigned Docket Number C-10-4382 (DMR) by the Court. If you have any questions about the lawsuit, you should consult an attorney immediately. Comcast cannot and will not provide any legal advice.

       Comcast will provide your name and address and other information as directed in the Order unless you or your attorney file a motion to quash or vacate the Subpoena no later than January 27, 2011. If you make this filing, you must notify Comcast in writing with a copy of the filing by sending it via fax to **866-947-5587** no later than January 27, 2011. If you do not file a motion to quash or vacate the Subpoena by this date, or if you fail to notify Comcast of your filing by this date, Comcast will provide your name and address and other information as directed in the Order to the Plaintiff.

       If you have any questions, you may contact us at **(866) 947-8572**.

                                          Sincerely yours,

                                          Comcast Legal Response Center

Attachments:   Copy of Court Order and accompanying Subpoena regarding civil action

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP INC, | No. C-10-04382 DMR |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO TAKE EARLY DISCOVERY** |
| v. | |
| DOES 1-435, | |
| Defendants. | |

Plaintiff has filed an administrative request seeking leave to take discovery prior to the Rule 26 conference. *See* Docket No. 4. Having considered Plaintiff's papers and accompanying submissions, the Court hereby **GRANTS** the administrative request on the grounds that Plaintiff has demonstrated good cause to take early discovery. *See Semitool, Inc. v. Tokyo Electron Am., Inc.*, 208 F.R.D. 273, 276 (N.D. Cal. 2002). Specifically, Plaintiff has shown that limited discovery of basic identifying information is necessary to permit Plaintiff to effect service on the Doe defendants. *See Columbia Ins. Co. v. seescandy.com*, 185 F.R.D. 573, 577-580 (N.D. Cal. 1999) (identifying safeguards to ensure that a plaintiff is not seeking early discovery to harass or intimidate defendants).

For the reasons stated by Judge Illston in her order in *Io Group, Inc. v. Does*, No. C 10-03851 SI, slip. op. at 4-5 (N.D. Cal. Sept. 23, 2010), the Court deems it unnecessary to make any

1  statement regarding compliance with the Cable Communications Policy Act, 47 U.S.C. § 551. *See*
2  *also UMG Recordings, Inc. v. Does*, No. 06-0652 SBA (EMC), 2006 U.S. Dist. LEXIS 32821, at
3  *10-11 (N.D. Cal. Mar. 6, 2006). Regardless of whether the Act applies, Comcast Internet shall be
4  required to provide notice to the subscribers, and the discovery provided shall be limited within the
5  parameters allowed under the Act, as follows:

6  Plaintiff is granted leave to serve the proposed subpoena attached as Exhibit A to Plaintiff's
7  administrative request upon Comcast Internet. Comcast Internet, in turn, shall serve a copy of the
8  subpoena and a copy of this Order upon its relevant subscribers within five days of its receipt of the
9  subpoena. The subscribers shall then have 15 days from the date of service upon them to file any
10 objections with this Court. If that 15-day period elapses without a subscriber filing an objection or a
11 motion to quash, Comcast Internet shall have 10 days after said lapse to produce the information to
12 Plaintiff pursuant to the subpoena.

14 IT IS SO ORDERED.

16 Dated: October 15, 2010

DONNA M. RYU
United States Magistrate Judge



AO 88B (Rev. 01/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| IO GROUP, INC. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. C-10-4382 (DMR) |
| DOES 1 - 435 | ) |
| | ) (If the action is pending in another district, state where: |
| *Defendant* | ) Northern District of California |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES

To: Comcast Cable Communications
650 Centerton Road, Moorestown, NJ 08057

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Documents sufficient to identify the names, addresses, telephone numbers, and e-mail addresses for your subscribers assigned ip addresses identified on Attachment A on the corresponding dates and times.

| Place: The Law Office of D. Gill Sperlein    ph: 415-404-6615<br>584 Castro Street, Suite 879    fx: 415-404-6616<br>San Francisco, CA 94114    gill@sperleinlaw.com | Date and Time: 11/29/2010 5:00 p.m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45(d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 10/15/2010

CLERK OF COURT

OR     *[signature]*

*Signature of Clerk or Deputy Clerk*     *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Io Group, Inc.
_____, who issues or requests this subpoena, are:

The Law Office of D. Gill Sperlein    ph: 415-404-6615
584 Castro Street, Suite 879    fx: 415-404-6616
San Francisco, CA 94114    gill@sperleinlaw.com

Attachment A

| Doe | IP Address | Date | Time (GMT) |
|---|---|---|---|
| 1 | 174.52.112.158 | May 24, 2010 | 15:08:33 |
| 2 | 174.54.153.34 | May 16, 2010 | 02:48:31 |
| 3 | 174.55.129.118 | June 9, 2010 | 11:20:43 |
| 4 | 24.11.73.20 | May 21, 2010 | 17:24:57 |
| 5 | 66.41.233.169 | June 12, 2010 | 13:49:42 |
| 6 | 67.160.87.48 | June 6, 2010 | 03:08:29 |
| 7 | 68.42.207.176 | June 10, 2010 | 11:40:04 |
| 8 | 69.141.210.96 | April 29, 2010 | 07:21:19 |
| 9 | 71.193.254.191 | May 10, 2010 | 15:40:56 |
| 10 | 71.232.79.16 | May 9, 2010 | 15:46:58 |
| 11 | 71.57.214.113 | May 1, 2010 | 18:05:31 |
| 12 | 76.111.141.28 | May 14, 2010 | 01:56:29 |
| 13 | 76.19.25.36 | May 7, 2010 | 05:59:48 |
| 14 | 96.220.22.9 | April 14, 2010 | 02:56:53 |
| 15 | 98.233.40.59 | May 12, 2010 | 15:41:18 |
| 16 | 98.238.61.157 | April 3, 2010 | 22:33:33 |
| 16 | 98.238.61.157 | May 23, 2010 | 00:12:26 |
| 16 | 98.238.61.157 | May 8, 2010 | 21:48:46 |
| 17 | 98.242.169.104 | April 14, 2010 | 03:49:36 |
| 17 | 98.242.169.104 | June 10, 2010 | 12:22:30 |
| 18 | 98.247.38.108 | April 14, 2010 | 03:55:42 |
| 19 | 98.203.33.35 | June 10, 2010 | 07:48:41 |
| 20 | 69.250.224.181 | March 27, 2010 | 08:44:01 |
| 21 | 71.228.19.66 | June 12, 2010 | 08:31:01 |
| 22 | 76.125.117.199 | May 9, 2010 | 01:21:47 |
| 23 | 24.11.80.113 | June 7, 2010 | 08:38:27 |
| 24 | 24.4.207.126 | June 9, 2010 | 18:17:47 |
| 25 | 24.9.126.237 | May 9, 2010 | 01:56:46 |
| 26 | 67.184.196.22 | May 2, 2010 | 12:54:31 |
| 27 | 69.141.235.247 | May 22, 2010 | 22:51:54 |
| 28 | 71.205.130.88 | June 14, 2010 | 15:23:17 |
| 29 | 71.227.124.12 | April 25, 2010 | 19:26:26 |
| 30 | 76.121.138.48 | June 12, 2010 | 20:35:06 |
| 31 | 98.200.158.108 | March 18, 2010 | 18:11:58 |
| 32 | 98.239.179.201 | April 7, 2010 | 20:59:52 |
| 33 | 98.247.134.0 | May 6, 2010 | 05:06:23 |
| 34 | 24.19.1.180 | April 6, 2010 | 01:07:29 |
| 35 | 68.61.227.227 | May 26, 2010 | 00:53:31 |
| 36 | 71.192.214.82 | June 1, 2010 | 02:18:39 |
| 37 | 75.70.171.27 | June 10, 2010 | 14:39:19 |
| 38 | 75.74.194.108 | April 28, 2010 | 09:37:16 |
| 38 | 75.74.194.108 | May 8, 2010 | 03:34:11 |
| 39 | 75.74.156.142 | June 8, 2010 | 20:03:45 |
| 40 | 174.50.102.85 | May 14, 2010 | 18:24:13 |
| 41 | 65.34.232.154 | June 2, 2010 | 18:18:01 |
| 42 | 69.246.63.218 | March 18, 2010 | 08:11:46 |
| 43 | 71.196.27.208 | March 18, 2010 | 17:21:35 |
| 44 | 76.103.81.62 | May 21, 2010 | 11:39:10 |
| 45 | 76.27.233.135 | June 4, 2010 | 10:52:26 |
| 46 | 98.225.226.146 | March 19, 2010 | 22:49:15 |
| 46 | 98.225.226.146 | April 22, 2010 | 09:05:36 |

| # | IP Address | Date | Time |
|---|---|---|---|
| 47 | 98.242.225.152 | April 26, 2010 | 03:02:12 |
| 48 | 66.56.9.219 | March 17, 2010 | 04:33:58 |
| 49 | 67.177.194.252 | June 1, 2010 | 15:58:33 |
| 50 | 67.177.53.139 | March 22, 2010 | 20:35:38 |
| 51 | 69.246.33.163 | May 29, 2010 | 17:11:39 |
| 52 | 71.226.112.216 | May 23, 2010 | 15:57:38 |
| 53 | 76.100.129.163 | May 23, 2010 | 16:25:17 |
| 54 | 76.113.197.68 | June 13, 2010 | 01:05:18 |
| 55 | 68.62.121.37 | April 24, 2010 | 07:19:38 |
| 56 | 24.125.207.182 | April 20, 2010 | 05:34:47 |
| 57 | 24.13.40.23 | March 28, 2010 | 15:46:55 |
| 58 | 24.20.91.243 | May 12, 2010 | 21:52:39 |
| 59 | 24.23.181.22 | June 6, 2010 | 09:12:58 |
| 60 | 24.5.171.15 | May 29, 2010 | 01:03:42 |
| 61 | 24.8.254.2 | June 1, 2010 | 18:37:55 |
| 62 | 24.9.149.41 | June 12, 2010 | 00:46:43 |
| 63 | 24.91.115.110 | April 10, 2010 | 09:44:13 |
| 64 | 24.98.56.79 | March 25, 2010 | 23:35:24 |
| 65 | 66.176.210.212 | May 14, 2010 | 09:50:08 |
| 66 | 67.160.136.255 | March 20, 2010 | 01:38:57 |
| 67 | 67.165.157.216 | March 27, 2010 | 04:58:53 |
| 68 | 67.169.116.36 | March 27, 2010 | 23:56:19 |
| 69 | 67.174.241.232 | April 9, 2010 | 22:46:07 |
| 70 | 67.190.93.53 | April 28, 2010 | 05:24:30 |
| 71 | 68.39.180.80 | May 11, 2010 | 09:36:01 |
| 72 | 68.40.61.121 | April 20, 2010 | 09:07:55 |
| 73 | 68.44.233.15 | March 30, 2010 | 21:04:49 |
| 74 | 68.55.218.239 | April 2, 2010 | 07:27:01 |
| 75 | 68.80.32.148 | March 27, 2010 | 16:58:40 |
| 76 | 68.84.29.10 | March 26, 2010 | 00:27:19 |
| 77 | 69.137.209.223 | April 19, 2010 | 07:26:09 |
| 78 | 69.141.76.113 | May 12, 2010 | 21:44:03 |
| 79 | 69.142.104.127 | March 27, 2010 | 04:41:11 |
| 80 | 69.181.101.9 | April 15, 2010 | 10:17:48 |
| 81 | 69.242.128.168 | June 1, 2010 | 11:07:42 |
| 82 | 71.194.232.47 | March 30, 2010 | 00:20:32 |
| 83 | 71.195.105.64 | May 23, 2010 | 22:52:03 |
| 84 | 71.198.146.51 | March 19, 2010 | 10:15:21 |
| 85 | 71.198.44.243 | March 27, 2010 | 04:27:46 |
| 86 | 71.199.51.149 | May 30, 2010 | 01:13:08 |
| 87 | 71.205.156.173 | April 9, 2010 | 15:36:36 |
| 88 | 71.226.193.16 | April 20, 2010 | 08:53:24 |
| 89 | 71.227.246.199 | March 26, 2010 | 16:43:06 |
| 89 | 71.227.246.199 | May 10, 2010 | 17:05:47 |
| 90 | 71.232.79.16 | March 16, 2010 | 22:30:45 |
| 91 | 71.232.79.16 | May 28, 2010 | 00:16:16 |
| 92 | 71.234.100.57 | March 30, 2010 | 21:42:23 |
| 93 | 71.62.10.176 | March 21, 2010 | 12:58:26 |
| 94 | 75.145.86.209 | April 14, 2010 | 09:51:23 |
| 95 | 75.66.184.128 | March 31, 2010 | 08:15:56 |
| 96 | 75.72.145.164 | April 1, 2010 | 14:04:58 |
| 97 | 75.72.244.97 | March 27, 2010 | 03:35:22 |

| | | | |
|---|---|---|---|
| 98 | 76.102.114.232 | March 23, 2010 | 03:55:11 |
| 99 | 76.102.88.171 | May 23, 2010 | 14:29:43 |
| 100 | 76.107.19.152 | May 15, 2010 | 13:17:26 |
| 101 | 76.119.175.215 | March 27, 2010 | 04:25:40 |
| 102 | 76.120.195.170 | March 27, 2010 | 01:46:01 |
| 103 | 76.18.219.31 | May 11, 2010 | 18:33:55 |
| 104 | 76.30.104.17 | April 17, 2010 | 21:45:28 |
| 105 | 76.99.59.199 | March 26, 2010 | 04:22:34 |
| 106 | 98.195.104.187 | May 31, 2010 | 22:08:29 |
| 107 | 98.197.214.227 | June 6, 2010 | 15:20:25 |
| 108 | 98.207.181.107 | April 15, 2010 | 20:28:56 |
| 109 | 98.211.175.86 | March 21, 2010 | 01:19:43 |
| 110 | 98.211.250.215 | June 12, 2010 | 05:00:38 |
| 111 | 98.215.79.60 | June 7, 2010 | 14:45:52 |
| 112 | 98.217.11.54 | April 9, 2010 | 03:31:38 |
| 113 | 98.217.138.86 | April 28, 2010 | 06:27:10 |
| 114 | 98.217.177.155 | April 10, 2010 | 20:50:03 |
| 115 | 98.232.134.140 | May 22, 2010 | 14:21:42 |
| 116 | 98.244.226.10 | April 1, 2010 | 07:46:16 |
| 117 | 98.244.48.29 | March 26, 2010 | 16:44:34 |
| 118 | 98.244.53.132 | March 17, 2010 | 22:52:18 |
| 119 | 98.248.86.89 | April 17, 2010 | 21:37:18 |
| 120 | 24.23.29.148 | May 3, 2010 | 09:49:05 |
| 121 | 67.182.247.179 | April 19, 2010 | 11:05:57 |
| 122 | 75.66.81.105 | June 10, 2010 | 19:34:43 |
| 123 | 76.24.16.26 | April 27, 2010 | 09:58:51 |
| 124 | 98.230.212.6 | March 22, 2010 | 08:41:23 |
| 125 | 174.61.30.21 | June 5, 2010 | 12:13:49 |
| 126 | 71.192.203.60 | June 6, 2010 | 15:00:45 |
| 127 | 71.202.153.27 | April 24, 2010 | 05:33:31 |
| 128 | 71.236.26.156 | May 18, 2010 | 19:27:07 |
| 129 | 66.30.108.150 | May 31, 2010 | 02:11:17 |
| 130 | 69.140.219.124 | May 3, 2010 | 08:13:16 |
| 131 | 24.30.95.69 | March 25, 2010 | 18:04:52 |
| 132 | 67.180.60.85 | May 13, 2010 | 08:46:20 |
| 133 | 69.253.200.3 | March 30, 2010 | 21:50:51 |
| 133 | 69.253.200.3 | May 4, 2010 | 12:16:32 |
| 133 | 69.253.200.3 | May 21, 2010 | 06:07:24 |
| 134 | 76.108.244.195 | June 14, 2010 | 15:16:33 |
| 135 | 71.59.190.196 | May 18, 2010 | 01:09:29 |
| 136 | 24.20.176.227 | June 12, 2010 | 21:26:57 |
| 137 | 24.98.113.122 | June 11, 2010 | 13:26:29 |
| 138 | 71.62.100.99 | May 23, 2010 | 01:28:54 |
| 139 | 75.73.216.109 | May 23, 2010 | 15:19:28 |
| 140 | 76.122.65.94 | June 6, 2010 | 11:34:02 |
| 141 | 76.16.197.228 | June 7, 2010 | 11:31:55 |
| 142 | 98.227.61.52 | June 11, 2010 | 08:19:36 |
| 143 | 98.254.149.36 | June 13, 2010 | 01:10:14 |
| 144 | 67.160.60.110 | June 9, 2010 | 01:01:46 |
| 145 | 76.18.55.188 | May 12, 2010 | 09:31:57 |
| 145 | 76.18.55.188 | May 20, 2010 | 12:24:11 |
| 146 | 98.219.41.123 | June 6, 2010 | 02:25:32 |

| 146 | 98.219.41.123 | June 5, 2010 | 23:50:39 |
|---|---|---|---|
| 147 | 98.243.95.205 | March 19, 2010 | 04:08:04 |
| 148 | 24.12.45.139 | June 14, 2010 | 15:34:36 |
| 149 | 24.129.117.164 | April 26, 2010 | 15:46:13 |
| 150 | 24.13.70.221 | April 10, 2010 | 15:52:38 |
| 151 | 67.163.85.202 | March 25, 2010 | 04:56:28 |
| 152 | 67.174.30.219 | May 22, 2010 | 01:37:36 |
| 153 | 67.176.91.109 | May 25, 2010 | 00:29:31 |
| 154 | 68.35.188.74 | June 2, 2010 | 05:37:19 |
| 155 | 71.59.8.125 | April 26, 2010 | 15:46:08 |
| 156 | 76.107.255.128 | May 28, 2010 | 01:41:36 |
| 157 | 76.21.50.35 | May 3, 2010 | 03:40:00 |
| 158 | 98.193.156.17 | May 4, 2010 | 15:50:17 |
| 159 | 98.196.100.121 | May 4, 2010 | 15:14:36 |
| 160 | 98.254.126.221 | March 24, 2010 | 04:51:11 |
| 161 | 24.218.148.218 | April 29, 2010 | 21:06:24 |
| 162 | 68.48.120.220 | June 9, 2010 | 19:43:50 |
| 163 | 174.59.97.63 | June 11, 2010 | 14:43:06 |
| 164 | 71.232.135.136 | June 6, 2010 | 06:43:42 |
| 165 | 76.119.154.59 | April 26, 2010 | 19:36:32 |
| 166 | 98.218.125.177 | April 26, 2010 | 20:24:28 |
| 167 | 24.6.183.36 | June 12, 2010 | 06:21:03 |
| 168 | 98.227.195.109 | May 24, 2010 | 13:46:16 |
| 169 | 66.229.100.165 | May 26, 2010 | 00:03:23 |
| 170 | 69.249.107.161 | June 10, 2010 | 18:26:02 |
| 171 | 174.57.130.243 | June 13, 2010 | 01:26:47 |
| 172 | 24.127.131.67 | April 28, 2010 | 06:13:07 |
| 173 | 67.169.29.7 | June 6, 2010 | 18:56:29 |
| 174 | 67.171.164.214 | March 26, 2010 | 10:47:27 |
| 175 | 67.176.91.109 | May 9, 2010 | 00:53:52 |
| 176 | 67.186.236.117 | May 8, 2010 | 02:36:59 |
| 176 | 67.186.236.117 | June 14, 2010 | 15:18:19 |
| 177 | 67.188.34.249 | April 4, 2010 | 09:52:15 |
| 178 | 68.36.214.132 | May 31, 2010 | 14:04:07 |
| 179 | 68.45.106.98 | April 26, 2010 | 15:41:21 |
| 180 | 69.244.21.165 | June 8, 2010 | 14:19:28 |
| 181 | 74.94.232.42 | April 5, 2010 | 19:19:06 |
| 182 | 76.26.187.56 | March 26, 2010 | 22:41:29 |
| 183 | 98.195.174.221 | March 26, 2010 | 10:49:16 |
| 184 | 98.207.107.8 | April 28, 2010 | 06:13:44 |
| 185 | 71.231.108.208 | March 16, 2010 | 22:46:48 |
| 186 | 76.22.112.243 | May 18, 2010 | 08:14:01 |
| 187 | 173.12.112.90 | June 13, 2010 | 01:34:08 |
| 188 | 76.18.60.2 | June 2, 2010 | 17:32:18 |
| 189 | 69.251.32.145 | May 4, 2010 | 04:03:55 |
| 190 | 76.107.241.38 | May 6, 2010 | 03:18:38 |
| 191 | 76.111.202.221 | May 9, 2010 | 03:45:22 |
| 192 | 68.38.238.54 | March 21, 2010 | 16:33:19 |
| 192 | 68.38.238.54 | May 20, 2010 | 20:10:30 |
| 193 | 69.181.136.84 | March 20, 2010 | 16:20:01 |
| 194 | 76.124.3.245 | March 20, 2010 | 16:27:26 |
| 195 | 76.29.1.130 | May 31, 2010 | 09:19:55 |

| | | | |
|---|---|---|---|
| 196 | 66.30.75.171 | March 23, 2010 | 21:58:54 |
| 197 | 68.40.144.165 | June 4, 2010 | 04:20:41 |
| 198 | 71.227.156.36 | April 26, 2010 | 15:01:04 |
| 199 | 71.231.53.61 | April 1, 2010 | 21:52:42 |
| 200 | 76.23.74.121 | May 31, 2010 | 18:40:22 |
| 201 | 68.36.10.186 | June 10, 2010 | 11:17:16 |
| 202 | 71.227.156.36 | May 6, 2010 | 11:44:11 |
| 203 | 98.192.239.217 | June 10, 2010 | 01:47:02 |
| 204 | 98.204.177.0 | June 13, 2010 | 01:47:49 |
| 205 | 24.11.164.248 | May 18, 2010 | 08:23:08 |
| 206 | 68.47.49.150 | May 17, 2010 | 20:35:38 |
| 207 | 69.251.26.218 | June 4, 2010 | 13:39:09 |
| 208 | 98.251.3.192 | April 11, 2010 | 01:49:51 |
| 209 | 67.187.51.237 | April 19, 2010 | 03:21:43 |
| 209 | 67.187.51.237 | April 22, 2010 | 16:18:46 |
| 210 | 75.70.157.47 | April 10, 2010 | 17:54:17 |
| 210 | 75.70.157.47 | April 22, 2010 | 15:46:39 |
| 211 | 76.104.50.228 | April 11, 2010 | 01:41:24 |
| 212 | 67.173.202.7 | April 26, 2010 | 21:45:04 |
| 213 | 76.113.74.198 | May 19, 2010 | 11:07:57 |
| 214 | 67.170.26.64 | May 19, 2010 | 17:40:44 |
| 215 | 68.55.72.237 | June 14, 2010 | 13:55:13 |
| 216 | 98.225.50.195 | June 11, 2010 | 18:09:55 |
| 217 | 24.218.52.38 | June 9, 2010 | 17:44:31 |
| 218 | 68.38.174.29 | June 1, 2010 | 23:21:37 |
| 218 | 68.38.174.29 | May 4, 2010 | 12:08:52 |
| 218 | 68.38.174.29 | May 7, 2010 | 02:37:35 |
| 219 | 68.62.187.58 | May 23, 2010 | 17:21:32 |
| 220 | 69.246.228.217 | March 30, 2010 | 03:56:45 |
| 221 | 75.74.27.43 | June 7, 2010 | 19:52:53 |
| 222 | 24.16.153.187 | June 10, 2010 | 04:18:58 |
| 223 | 69.253.237.140 | May 24, 2010 | 13:50:08 |
| 224 | 71.63.213.49 | May 30, 2010 | 03:19:17 |
| 225 | 76.101.196.7 | June 11, 2010 | 13:33:40 |
| 226 | 76.103.52.59 | May 28, 2010 | 17:29:21 |
| 227 | 24.128.246.233 | June 10, 2010 | 07:13:01 |
| 228 | 24.128.27.120 | June 12, 2010 | 07:09:35 |
| 229 | 76.22.155.13 | March 21, 2010 | 03:08:50 |
| 230 | 98.244.163.169 | April 25, 2010 | 14:40:01 |
| 231 | 24.18.180.189 | May 8, 2010 | 09:38:41 |
| 232 | 98.238.188.67 | March 23, 2010 | 15:37:29 |
| 233 | 24.7.62.18 | April 18, 2010 | 09:45:37 |
| 234 | 24.6.184.15 | May 11, 2010 | 22:04:55 |
| 235 | 69.251.186.106 | May 17, 2010 | 10:26:31 |
| 236 | 71.233.179.158 | June 1, 2010 | 13:01:26 |
| 237 | 75.145.167.140 | March 17, 2010 | 14:54:58 |
| 238 | 75.67.98.226 | April 23, 2010 | 03:55:20 |
| 239 | 76.114.243.44 | May 8, 2010 | 20:51:09 |
| 240 | 98.193.94.53 | May 20, 2010 | 22:16:52 |
| 241 | 98.207.189.221 | May 1, 2010 | 01:50:02 |
| 242 | 98.231.144.123 | April 25, 2010 | 03:48:06 |
| 243 | 71.202.0.193 | June 11, 2010 | 22:12:51 |

| | | | |
|---|---|---|---|
| 244 | 24.0.3.175 | June 11, 2010 | 05:59:46 |
| 245 | 174.51.105.117 | June 12, 2010 | 07:42:34 |
| 246 | 76.108.182.116 | March 27, 2010 | 04:59:09 |
| 247 | 76.114.255.111 | May 4, 2010 | 07:48:12 |
| 248 | 71.197.232.92 | June 4, 2010 | 15:15:55 |
| 249 | 71.202.97.146 | May 23, 2010 | 18:52:48 |
| 250 | 71.231.148.46 | April 27, 2010 | 03:45:21 |
| 251 | 76.118.10.151 | April 29, 2010 | 06:44:41 |
| 252 | 98.193.104.85 | May 23, 2010 | 10:44:22 |
| 253 | 98.209.146.83 | April 15, 2010 | 21:09:25 |
| 253 | 98.209.146.83 | May 10, 2010 | 09:45:37 |
| 254 | 98.234.194.35 | June 8, 2010 | 01:21:48 |
| 255 | 24.126.82.200 | March 27, 2010 | 16:36:56 |
| 256 | 24.16.133.204 | June 14, 2010 | 15:14:37 |
| 257 | 98.228.228.2 | April 25, 2010 | 21:52:14 |
| 258 | 67.161.247.104 | June 8, 2010 | 04:20:29 |
| 259 | 71.227.241.227 | May 6, 2010 | 20:41:33 |
| 260 | 24.22.118.182 | May 3, 2010 | 18:58:44 |
| 261 | 68.81.91.12 | April 14, 2010 | 03:46:13 |
| 262 | 71.233.192.233 | March 27, 2010 | 22:24:51 |
| 263 | 75.68.154.56 | March 25, 2010 | 10:53:00 |
| 264 | 98.228.246.70 | April 5, 2010 | 09:54:22 |
| 265 | 68.62.216.178 | April 16, 2010 | 15:51:22 |
| 266 | 174.55.136.198 | June 14, 2010 | 14:05:46 |
| 267 | 68.57.75.249 | May 24, 2010 | 01:22:28 |
| 268 | 67.190.23.129 | June 13, 2010 | 01:50:04 |
| 269 | 68.36.233.162 | May 11, 2010 | 15:54:55 |
| 270 | 75.66.144.244 | May 23, 2010 | 15:29:41 |
| 271 | 76.102.213.109 | June 2, 2010 | 14:15:12 |
| 272 | 98.194.110.133 | June 11, 2010 | 21:19:59 |
| 273 | 98.210.200.193 | March 30, 2010 | 09:20:14 |
| 274 | 98.234.120.32 | June 11, 2010 | 02:18:48 |
| 274 | 98.234.120.32 | May 24, 2010 | 05:27:27 |
| 275 | 98.254.194.225 | May 24, 2010 | 15:46:25 |
| 276 | 76.30.108.215 | March 30, 2010 | 03:23:59 |
| 277 | 76.127.48.211 | May 3, 2010 | 22:45:45 |
| 278 | 76.22.246.169 | June 3, 2010 | 03:47:54 |
| 279 | 69.137.177.128 | June 12, 2010 | 20:24:26 |
| 280 | 68.55.72.127 | May 16, 2010 | 23:00:23 |
| 281 | 71.60.208.242 | May 29, 2010 | 11:02:20 |
| 282 | 98.203.118.202 | March 26, 2010 | 20:10:37 |
| 283 | 71.226.19.24 | May 21, 2010 | 11:24:18 |
| 284 | 76.31.179.126 | May 17, 2010 | 07:26:03 |
| 285 | 24.63.30.91 | May 20, 2010 | 11:14:20 |
| 286 | 68.32.157.10 | April 2, 2010 | 09:37:57 |
| 287 | 71.57.241.248 | March 16, 2010 | 16:37:28 |
| 288 | 98.210.154.227 | June 3, 2010 | 01:53:35 |
| 289 | 67.169.80.213 | April 2, 2010 | 07:33:49 |
| 290 | 98.198.162.180 | March 31, 2010 | 04:23:26 |
| 291 | 24.131.43.82 | March 24, 2010 | 09:32:32 |
| 292 | 75.70.215.74 | April 2, 2010 | 03:48:34 |
| 293 | 98.242.74.207 | June 12, 2010 | 12:05:16 |

| 294 | 69.181.182.53 | April 22, 2010 | 03:45:09 |
|---|---|---|---|
| 295 | 76.29.6.241 | May 20, 2010 | 00:44:18 |
| 296 | 98.245.235.208 | May 14, 2010 | 03:44:30 |
| 297 | 24.30.125.247 | May 26, 2010 | 00:22:48 |
| 298 | 24.6.127.135 | May 11, 2010 | 03:15:34 |
| 299 | 68.82.205.29 | April 14, 2010 | 00:54:02 |
| 300 | 71.198.28.8 | April 11, 2010 | 01:06:36 |
| 301 | 76.97.68.72 | March 25, 2010 | 16:00:22 |
| 302 | 24.19.228.141 | May 19, 2010 | 22:30:22 |
| 303 | 24.118.135.157 | May 26, 2010 | 06:40:35 |
| 304 | 24.147.230.63 | May 27, 2010 | 14:21:44 |
| 305 | 66.31.137.23 | April 5, 2010 | 05:43:50 |
| 306 | 76.118.177.130 | May 20, 2010 | 02:37:43 |
| 307 | 98.228.137.167 | April 23, 2010 | 23:43:08 |
| 308 | 98.216.243.55 | April 9, 2010 | 20:03:41 |
| 309 | 67.166.70.128 | March 21, 2010 | 14:54:09 |
| 310 | 67.169.78.212 | March 21, 2010 | 15:53:26 |
| 311 | 69.141.26.61 | April 11, 2010 | 01:46:05 |
| 312 | 76.126.251.130 | June 12, 2010 | 02:37:04 |
| 313 | 98.210.232.157 | March 18, 2010 | 10:53:39 |
| 314 | 66.31.247.138 | June 2, 2010 | 05:59:17 |
| 315 | 98.204.78.188 | April 2, 2010 | 21:46:32 |
| 316 | 98.223.72.86 | May 22, 2010 | 04:00:04 |
| 317 | 76.108.178.32 | April 30, 2010 | 09:16:22 |
| 318 | 76.29.6.241 | June 2, 2010 | 23:30:50 |
| 319 | 98.235.165.220 | May 27, 2010 | 02:13:19 |
| 320 | 71.231.176.174 | June 2, 2010 | 07:51:44 |
| 321 | 69.243.160.206 | April 18, 2010 | 03:47:59 |
| 322 | 98.204.107.133 | May 23, 2010 | 17:43:16 |
| 323 | 66.229.235.221 | May 25, 2010 | 23:11:45 |
| 324 | 76.30.69.49 | June 12, 2010 | 15:30:33 |
| 325 | 174.61.50.198 | May 10, 2010 | 02:31:50 |
| 326 | 24.5.82.153 | April 1, 2010 | 03:45:27 |
| 327 | 66.176.236.190 | May 13, 2010 | 03:47:14 |
| 328 | 24.19.185.36 | June 7, 2010 | 05:33:06 |
| 329 | 174.48.210.209 | June 2, 2010 | 02:17:47 |
| 330 | 24.21.140.18 | June 14, 2010 | 14:21:31 |
| 331 | 76.113.20.156 | June 5, 2010 | 21:58:47 |
| 332 | 98.232.219.89 | May 16, 2010 | 11:35:40 |
| 333 | 66.177.72.4 | March 27, 2010 | 16:50:33 |
| 334 | 68.36.172.32 | May 7, 2010 | 13:22:13 |
| 334 | 68.36.172.32 | May 17, 2010 | 12:25:33 |
| 334 | 68.36.172.32 | May 21, 2010 | 03:56:49 |
| 334 | 68.36.172.32 | May 25, 2010 | 00:16:08 |
| 335 | 68.45.17.60 | June 14, 2010 | 15:20:48 |
| 336 | 69.136.255.98 | June 6, 2010 | 03:50:59 |
| 337 | 24.18.30.150 | May 22, 2010 | 13:50:31 |
| 338 | 24.3.232.64 | May 18, 2010 | 02:26:02 |
| 339 | 66.177.32.195 | May 28, 2010 | 15:39:23 |
| 340 | 67.165.175.121 | June 7, 2010 | 13:26:12 |
| 341 | 98.225.151.249 | May 2, 2010 | 07:56:18 |
| 342 | 98.238.190.84 | May 16, 2010 | 00:00:01 |

| | | | |
|---|---|---|---|
| 343 | 66.31.50.210 | March 18, 2010 | 22:43:32 |
| 344 | 71.226.108.212 | May 28, 2010 | 13:51:14 |
| 345 | 71.231.121.254 | May 29, 2010 | 18:57:58 |
| 346 | 76.29.29.75 | May 16, 2010 | 12:16:44 |
| 347 | 24.19.224.26 | May 7, 2010 | 15:58:43 |
| 348 | 67.167.2.123 | March 18, 2010 | 21:59:50 |
| 349 | 68.52.192.31 | March 16, 2010 | 22:40:21 |
| 350 | 69.141.142.60 | May 3, 2010 | 03:10:23 |
| 351 | 71.194.79.51 | June 12, 2010 | 00:49:51 |
| 352 | 67.176.48.194 | May 20, 2010 | 08:17:29 |
| 353 | 71.202.121.180 | May 23, 2010 | 00:28:36 |
| 354 | 98.232.38.133 | June 4, 2010 | 03:21:17 |
| 355 | 24.22.165.1 | May 21, 2010 | 13:03:06 |
| 356 | 69.243.17.178 | April 6, 2010 | 07:18:26 |
| 357 | 69.255.10.35 | March 17, 2010 | 10:43:03 |
| 357 | 69.255.10.35 | March 30, 2010 | 03:51:51 |
| 358 | 76.126.141.228 | June 7, 2010 | 02:13:26 |
| 359 | 98.244.81.190 | April 6, 2010 | 09:44:17 |
| 360 | 71.207.90.27 | May 13, 2010 | 05:33:16 |
| 361 | 76.126.141.55 | April 1, 2010 | 06:28:34 |
| 362 | 67.167.2.123 | June 12, 2010 | 23:59:24 |
| 363 | 76.123.105.41 | May 2, 2010 | 03:52:51 |
| 364 | 24.218.207.201 | April 26, 2010 | 21:01:33 |
| 365 | 68.59.164.247 | April 21, 2010 | 21:33:48 |
| 366 | 75.72.177.9 | April 25, 2010 | 21:41:58 |
| 367 | 76.104.190.223 | June 12, 2010 | 20:34:53 |
| 368 | 76.24.170.164 | March 24, 2010 | 07:36:41 |
| 369 | 98.212.185.242 | June 5, 2010 | 05:09:23 |
| 370 | 71.207.217.195 | May 21, 2010 | 19:33:19 |
| 371 | 68.45.75.6 | April 27, 2010 | 05:27:23 |
| 372 | 69.250.83.164 | May 10, 2010 | 00:00:40 |
| 373 | 24.131.94.34 | June 12, 2010 | 23:23:31 |
| 374 | 68.37.4.140 | June 3, 2010 | 00:02:39 |
| 375 | 70.89.66.61 | May 18, 2010 | 01:10:52 |
| 376 | 76.102.147.199 | April 14, 2010 | 06:39:02 |
| 377 | 98.198.110.218 | April 26, 2010 | 15:04:21 |
| 378 | 98.198.77.120 | May 29, 2010 | 05:08:35 |
| 379 | 24.23.61.77 | May 13, 2010 | 15:00:00 |
| 380 | 69.141.47.81 | April 6, 2010 | 09:39:29 |
| 381 | 76.19.92.70 | May 21, 2010 | 20:27:42 |
| 382 | 98.231.64.112 | April 1, 2010 | 17:14:58 |
| 383 | 71.235.53.56 | May 29, 2010 | 07:16:37 |
| 384 | 174.48.147.245 | June 12, 2010 | 17:08:17 |
| 385 | 67.189.208.105 | June 10, 2010 | 07:24:43 |
| 386 | 71.228.241.157 | April 1, 2010 | 03:34:06 |
| 387 | 75.65.16.154 | May 27, 2010 | 02:11:12 |
| 388 | 69.139.20.37 | May 14, 2010 | 09:07:28 |
| 389 | 98.208.48.166 | June 6, 2010 | 16:57:57 |
| 390 | 98.211.203.190 | April 14, 2010 | 03:45:51 |
| 391 | 174.53.4.37 | April 14, 2010 | 03:46:50 |
| 392 | 24.118.251.126 | April 9, 2010 | 08:29:30 |
| 393 | 67.172.87.151 | April 26, 2010 | 09:55:07 |

| | | | |
|---|---|---|---|
| 394 | 71.63.171.3 | March 30, 2010 | 08:21:57 |
| 395 | 67.167.238.102 | June 7, 2010 | 13:15:17 |
| 396 | 67.188.32.172 | June 11, 2010 | 17:24:05 |
| 397 | 71.57.12.252 | April 26, 2010 | 21:01:36 |
| 398 | 76.18.40.126 | March 30, 2010 | 09:51:13 |
| 399 | 76.18.41.144 | May 29, 2010 | 22:44:10 |
| 400 | 76.20.181.206 | May 28, 2010 | 21:53:41 |
| 401 | 24.21.162.172 | May 29, 2010 | 09:54:47 |
| 402 | 66.30.99.75 | May 21, 2010 | 15:36:40 |
| 403 | 67.164.174.175 | June 2, 2010 | 09:56:29 |
| 404 | 71.201.215.163 | May 10, 2010 | 19:45:34 |
| 405 | 71.238.109.50 | April 30, 2010 | 15:46:43 |
| 406 | 174.57.130.243 | April 19, 2010 | 05:07:08 |
| 407 | 24.21.34.234 | April 23, 2010 | 03:46:55 |
| 408 | 75.74.114.245 | June 13, 2010 | 01:50:40 |
| 409 | 98.204.142.46 | April 29, 2010 | 01:38:27 |
| 410 | 174.60.59.233 | April 14, 2010 | 03:06:42 |
| 411 | 24.6.154.104 | April 23, 2010 | 21:18:03 |
| 412 | 67.170.108.116 | May 16, 2010 | 13:55:50 |
| 413 | 67.189.166.191 | April 21, 2010 | 15:07:45 |
| 414 | 68.43.246.73 | April 15, 2010 | 15:19:34 |
| 415 | 68.61.69.23 | April 19, 2010 | 15:37:58 |
| 416 | 68.81.187.231 | May 16, 2010 | 19:13:07 |
| 416 | 68.81.187.231 | May 28, 2010 | 20:08:47 |
| 417 | 68.84.225.202 | June 13, 2010 | 01:59:07 |
| 418 | 69.248.99.49 | June 13, 2010 | 01:59:51 |
| 419 | 75.73.175.144 | June 1, 2010 | 05:53:42 |
| 420 | 76.121.81.146 | June 13, 2010 | 01:58:28 |
| 421 | 98.207.108.151 | May 20, 2010 | 14:02:15 |
| 422 | 98.248.174.98 | April 18, 2010 | 00:41:53 |
| 423 | 69.142.74.228 | March 18, 2010 | 04:33:04 |
| 423 | 69.142.74.228 | March 25, 2010 | 10:41:47 |
| 424 | 69.181.121.190 | April 17, 2010 | 18:16:25 |
| 425 | 69.244.62.154 | May 23, 2010 | 20:27:43 |
| 426 | 75.74.243.116 | March 20, 2010 | 15:01:35 |
| 427 | 98.249.229.158 | May 18, 2010 | 16:47:42 |
| 428 | 174.49.173.196 | April 19, 2010 | 09:23:56 |
| 429 | 67.169.164.89 | April 16, 2010 | 09:05:10 |
| 430 | 75.73.0.70 | June 6, 2010 | 14:13:09 |
| 431 | 75.74.67.144 | May 18, 2010 | 23:01:02 |
| 432 | 76.105.197.149 | May 29, 2010 | 06:03:19 |
| 433 | 76.16.36.197 | June 14, 2010 | 15:30:28 |
| 434 | 76.24.146.176 | June 13, 2010 | 01:51:27 |
| 435 | 98.220.74.33 | May 11, 2010 | 15:52:05 |